**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBER SAID, GEORGETTE SAID, <br><br> Plaintiffs, <br><br> v. <br><br> ~~INTERNAL REVENUE SERVICE~~; DONALD HONAKER; DOES 1-10, <br><br> Defendant. | Case No. CV 10-08508 VAP(DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 16, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge